STATE of Missouri, Respondent,

v.

Kenneth G. FOX, Appellant.

No. WD44330.

Missouri Court of Appeals,
Western District.

Sept. 29, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of two counts first degree sexual abuse, § 566.100 R.S.Mo.1986, for which he was sentenced to consecutive five year terms. The direct appeal is consolidated with an appeal from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. Rule 29.15(*l*).

The judgments are affirmed. Rule 30.-25(b); Rule 84.16(b).

Manuel REYES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD45870.

Missouri Court of Appeals,
Western District.

Sept. 29, 1992.

Lew A. Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial, without an evidentiary hearing, of a Rule 24.-035 motion for post-conviction relief.

The denial of post-conviction relief is affirmed. Rule 84.16(b).